UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOY A. CHAUVIN                                          CIVIL ACTION

VERSUS

FLORIDA PARISHES JUVENILE
JUSTICE COMMISSION;
FLORIDA PARISHES JUVENILE
DETENTION CENTER

## **COMPLAINT**

### **JURISDICTION AND VENUE**

1.

Plaintiff invokes this Court's jurisdiction pursuant to 42 USC § 2000e-5 and 28 USC § 1343(4).

2.

The alleged unlawful employment practices occurred within the Eastern District of Louisiana.

## PARTIES

3.

Defendant Florida Parishes Juvenile Detention Center employs more than fifty employees("FPJDC"). FPJDC is operated by the defendant Florida Parishes Justice Commission. ('the Commission") The Commission is a political subdivision of the State of Louisiana and is the entity responsible for the actions of the FPJDC.

4.

Plaintiff is a citizen of the United States and a resident of Saint Tammany Parish, Louisiana. Plaintiff was employed by defendant at all times relevant to the allegations set forth in this complaint at defendant's business location in Tangipahoa Parish, Louisiana.

## ADMINISTRATIVE PROCEDURES

5.

Plaintiff filed a charge of employment discrimination with the District Office of the Equal Employment Opportunity Commission("EEOC"). The EEOC issued a right to sue letter to the plaintiff.

## ALLEGATIONS OF FACT

6.

Plaintiff was first employed by defendant on or about September 25, 2008 as an administrative assistant.

7.

In February, 2014, a FPJDC employee contacted the Office of Inspector General, State of Louisiana("OIG").

8.

OIG launched an investigation of FPJDC.

9.

FPJDC's management reacted to the OIG investigation by launching an investigation to learn who was the whistleblower, that is, the FPJDC employee who informed on FPJDC to the OIG.

10.

FPJDC's management primary response to the OIG investigation was a concerted and determined effort to target and to eliminate the whistleblower.

11.

All of the FPJDC employees suspected of being the whistleblower were females.

12.

Plaintiff, along with other female employees, was targeted for disciplinary action leading up to dismissal.

13.

In the ensuing campaign by FPJDC management to target and remove the whistleblower, several female employees were fired or voluntarily resigned in lieu of being fired.

14.

Plaintiff's direct supervisor, Joseph Dominick, went through plaintiff's emails and learned that plaintiff was in contact with the OIG investigators.

15.

After having learned that plaintiff had been in contact with the OIG investigators, Dominick initiated disciplinary action against the plaintiff.

16.

On March 2, 2015, FPJDC notified that plaintiff was suspended with pay.

17.

In a belated attempt to reign in the FPJDC management, the Commission appointed an ad hoc committee consisting of three Commission members who commenced reviewing all proposed disciplinary action.

18.

On March 11, 2015 the Commission's ad hoc committee notified plaintiff that plaintiff was suspended with pay pending resolution of a criminal charge filed against plaintiff by the OIG as a result of its investigation of FPJDC.

19.

On March 27, 2015, the Commission's ad hoc committee notified plaintiff that plaintiff was on unpaid leave pending resolution of a criminal charge. This action is the equivalent of a discharge.

**FIRST CAUSE OF ACTION**
**TITLE VII VIOLATION**

20.

The defendants discriminated against plaintiff because of plaintiff's gender, female, in violation of Title VII by engaging in, tolerating, or failing to prevent illegal discrimination because of gender and by failing to take affirmative action to correct and address these unlawful employment practices.

21.

Only female employees were in the category of employees suspected by FPJDC management of being the whistleblower.

22.

Only female employees were singled out by FPJDC management for retaliation in the form of coaching letters, employee rule violations, suspensions, and terminations.

23.

Only female employees resigned in lieu of being fired.

24.

Only female employees resigned due to the hostility being exhibited by FPJDC management.

25.

Plaintiff is entitled to general and special compensatory damages, punitive damages, back pay, benefits, reinstatement, frontpay, reasonable attorneys fees, and court costs.

## PRAYER FOR RELIEF

WHEREFORE plaintiff prays that this court:

(1)     Declare that the employment practices complained of are unlawful;

(2)     Permanently enjoin the defendants, their agents, officers, and employees from engaging in all practices found by this court to be in violation of the law;

(3)     In lieu of reinstatement, that the court award:
    (a)     backpay from date of termination to time of trial;
    (b)     front pay;
    (c)     future loss of earnings and/or past, present and future compensatory damages, general damages, and all other relief available pursuant to law;

(4)     Order the defendants to make the plaintiff whole by paying such monetary and non-monetary benefits in amounts to be proved at trial but in all events, more than Ten Thousand Dollars($10,000.00);

(5)     Retain jurisdiction over this action to insure full compliance with the Court's orders, and require the defendant to file such reports as the Court deems necessary to insure compliance;

(6)     Order the defendants to pay plaintiff's costs and expenses and reasonable attorneys' fees as provided by law;

(7)     Award pre-judgment interest as provided by law;

(8)     Grant such other and further relief to the plaintiff as the Court deems just and proper.

(9)     Grant a trial by jury.

HOGAN ATTORNEYS

*/S/ Thomas J. Hogan, Jr.*
_____
THOMAS J. HOGAN, JR., T.A.
Bar Roll No. 06908
Attorney for Plaintiff
P. O. Box 1274
Hammond, LA 70404
(985)542-7730

Attorney for plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOY A. CHAUVIN                                         CIVIL ACTION

VERSUS

FLORIDA PARISHES JUVENILE
JUSTICE COMMISSION;
FLORIDA PARISHES JUVENILE
DETENTION CENTER

**DEMAND FOR TRIAL BY JURY**

Plaintiff demands trial by jury.

HOGAN ATTORNEYS

*/S/ Thomas J. Hogan, Jr.*

THOMAS J. HOGAN, JR., T.A.
Bar Roll No. 06908
P. O. Box 1274
Hammond, LA 70404
(985)542-7730

Attorney for plaintiff

**PLAINTIFF WILL REQUEST DEFENDANTS WAIVE SUMMONS**